**DISMISSED and Opinion Filed December 16, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01148-CV

### IN THE INTEREST OF C.M.Z., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-05282**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's December 11, 2024 notice of non-suit which

we construe as a motion to dismiss because he no longer desires to pursue this

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

241148f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF C.M.Z., A
CHILD

No. 05-24-01148-CV

On Appeal from the 302nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-05282.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee Marisa Zapien recover her costs of this appeal
from appellant Jaime Zapien.

Judgment entered this 16th day of December, 2024.